Randolph C. Foster, OSB No. 784340
randy.foster@stoel.com
Jacob Goldberg, OSB No. 162565
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone: 503.224.3380
Facsimile:  503.220.2480

Hunter O. Ferguson, *pro hac vice*
hunter.ferguson@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone: 206.624.0900
Facsimile:  206.386.7500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SURRO CONNECTIONS INCORPORATED, an Oregon Corporation; and MEGAN HALL, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TIFFANY VOSHALL, an individual; AIMEE NEMEYER, an individual; DONNYE SABO, an individual; MELISSA DIAS, an individual; and FAMILY FIRST SURROGACY LLC, an Oregon limited liability company,<br><br>　　　　　Defendants. | Case No.: 3:20-cv-00278-IM<br><br>PLAINTIFFS' ANSWER AND AFFIRMATIVE DEFENSE TO DEFENDANTS' COUNTERCLAIM |

Page 1　-　PLAINTIFFS' ANSWER AND AFFIRMATIVE DEFENSE TO DEFENDANTS'
　　　　　　　COUNTERCLAIM

Counter-Defendants Surro Connections Incorporated and Megan Hall ("Plaintiffs" or "Counter-Defendants") hereby answer the Counterclaim ("Counterclaim") of Tiffany Voshall, Aimee Nemeyer, Donnye Sabo, Melissa Dias, and Family First Surrogacy LLC ("Defendants" or "Counter-Claimants") as follows:

1. Paragraph 1 of the Counterclaim is a legal conclusion to which no response is required. To the extent Paragraph 1 of the Counterclaim requires a response, Counter-Defendants deny the allegations in Paragraph 1 of the Counterclaim.

## AFFIRMATIVE DEFENSE

Counter-Defendants assert the following affirmative and additional defense to the allegations set forth in the Counterclaim, but, in doing so, do not conceded that they bear the burden of proof on this defense.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

1. The Counterclaim, and the purported cause of action alleged therein, fails to state facts sufficient to constitute a cause of action against Counter-Defendants.

## PRAYER

WHEREFORE, Plaintiffs deny that Defendants are entitled to the relief sought in the Counterclaim, or any relief whatsoever, and pray for judgment as follows:

1. That the Counterclaim be dismissed in its entirety with prejudice and that judgment be entered in Plaintiffs' favor;

2. For such other relief as the Court deems just and proper.

DATED: October 9, 2020.

STOEL RIVES LLP


*s/ Jacob C. Goldberg*
JACOB C. GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com
RANDOLPH C. FOSTER, OSB No. 784340
randy.foster@stoel.com
HUNTER O. FERGUSON, *pro hac vice*
hunter.ferguson@stoel.com
Telephone: 503.224.3380

Attorneys for Plaintiffs