Randolph C. Foster, OSB No. 784340
randy.foster@stoel.com
Jacob Goldberg, OSB No. 162565
jacob.goldberg@stoel.com
Stoel Rives LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:   503.224.3380
Facsimile:    503.220.2480

Hunter O. Ferguson, *pro hac vice*
hunter.ferguson@stoel.com
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:   206.624.0900
Facsimile:    206.386.7500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SURRO CONNECTIONS INCORPORATED, an Oregon Corporation; and MEGAN HALL, an individual,<br><br>                Plaintiffs,<br><br>       v.<br><br>TIFFANY VOSHALL, an individual; AIMEE NEMEYER, an individual; DONNYE SABO, an individual; MELISSA DIAS, an individual; and FAMILY FIRST SURROGACY LLC, an Oregon limited liability company,<br><br>                Defendants. | Case No.: 3:20-cv-00278-IM<br><br>STIPULATION OF VOLUNTARY DISMISSAL |

Page 1   -   STIPULATION OF VOLUNTARY DISMISSAL

108713878.1 0072283-00001

The parties inform the Court that they have entered into a binding and final Settlement Agreement and have agreed to dismiss this action in its entirety.  Pursuant to the Settlement Agreement, the parties have agreed to a confidential settlement, without any party making a payment to any other party for claims or damages.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action and any and all claims and counterclaims that were brought or could have been brought in this action are voluntarily dismissed with prejudice, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs, expenses, disbursements, and attorneys' fees.  Counsel for Plaintiff confirms compliance with LR 11-1(b)(2).

**IT IS SO STIPULATED.**

DATED this 18th day of November, 2020.

| STOEL RIVES LLP | HEINSON & DeDOBBELAERE LLC |
|---|---|
| *s/ Jacob Goldberg* <br> Randolph C. Foster, OSB No. 784340 <br> Randy.foster@stoel.com <br> Hunter O. Ferguson, *pro hac vice* <br> Hunter.ferguson@stoel.com <br> Jacob Goldberg, OSB No. 162565 <br> Jacob.goldberg@stoel.com <br> Telephone:     503-224-3380 <br><br> Attorneys for Plaintiffs | *s/ Timothy J. Heinson* <br> Timothy J. Heinson, OSB No. 872480 <br> tim@heinsonlaw.com <br> Telephone: 503-479-6223 <br><br> Attorneys for Defendants |

Page 2   -   STIPULATION OF VOLUNTARY DISMISSAL